EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
    Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| UNITED STATES OF AMERICA, | Case No. CR-23-77-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS** |
| ENRIQUE ANDRES DONEY, | |
| Defendant. | |

    COMES NOW Defendant, ENRIQUE ANDRES DONEY, by and through his counsel of record, EVANGELO ARVANETES, Assistant Federal Defender and the FEDERAL DEFENDERS OF MONTANA and hereby submits the said Motion to Dismiss.

Under the *Bruen* paradigm, 922(n) violates Mr. Doney's Constitutional Right to possess and bear arms as protected under the Second Amendment to the United States Constitution. *See New York State Rifle and Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022).

As such, Mr. Doney respectfully requests that this Court dismiss the Indictment.

Undersigned counsel has contacted Assistant United States Attorney Paulette Stewart, and the Government objects to the substance of the Motion and Brief in Support of the Motion.

RESPECTFULLY SUBMITTED this 5th day of September, 2023.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R.5.2(b)

I hereby certify that on September 5, 2023, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
\_\_\_   Hand Delivery
 3    Mail
\_\_\_   Overnight Delivery Service
\_\_\_   Fax
\_\_\_   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Front St.
   Helena, MT  59626
       Counsel for the United States of America

3. ENRIQUE ANDRES DONEY
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant